Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia  ▾

Alexandria, VA

| | |
|---|---|
| Angela D. Freeman<br><br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Merrick B. Garland<br><br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:22- CV-841 LMB/IDD<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No<br><br>FILED MAILROOM<br>JUL 25 2022<br>CLERK, U.S. DISTRICT COURT<br>ALEXANDRIA, VIRGINIA |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Angela D. Freeman |
   | Street Address | 8603 Mallard View |
   | City and County | Fairfax Station, Fairfax |
   | State and Zip Code | VA 22039 |
   | Telephone Number | (703) 283-8440 |
   | E-mail Address | afreeman2509@hotmail.com |

   B.      **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Merrick B. Garland |
| Job or Title *(if known)* | Attorney General, Department of Justice |
| Street Address | 10th & Constitution Ave., N.W. |
| City and County | Washington |
| State and Zip Code | DC 20530 |
| Telephone Number | (202) 353-1555 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Brian McKnight |
| Job or Title *(if known)* | Former Chief Inspector, Drug Enforcement Administration |
| Street Address | 700 Army Navy Drive |
| City and County | Arlington, Arlington |
| State and Zip Code | Virginia 22202 |
| Telephone Number | (202) 307-1000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Sean Vereault |
| Job or Title *(if known)* | Former Dep. Chief Inspector, Drug Enforcement Administration |
| Street Address | 700 Army Navy Drive |
| City and County | Arlington, Arlington |
| State and Zip Code | Virginia 22202 |
| Telephone Number | (202) 307-1000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Owen Belton |
| Job or Title *(if known)* | Asst. Dep. Chief Inspector OSP, Drug Enforcement Administrator |
| Street Address | 700 Army Navy Drive |
| City and County | Arlington, Arlington |
| State and Zip Code | Virginia 22202 |
| Telephone Number | (202) 307-1000 |
| E-mail Address *(if known)* | |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Drug Enforcement Administration |
| Street Address | 700 Army Navy Drive |
| City and County | Arlington, Arlington |
| State and Zip Code | Virginia 22202 |
| Telephone Number | (202) 294-3889 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

Peformance Rating Act of 1950, 5:4303

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
June 2018 until present.

C.    I believe that defendant(s) *(check one)*:
- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☑ color _____
- ☑ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☑ age *(year of birth)* ____1960____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

E.    The facts of my case are as follows. Attach additional pages if needed.

Documentation attached.   *Attachment: 1*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
12/2019 contacted agency EEO counselor.

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☐   issued a Notice of Right to Sue letter, which I received on *(date)*   04/26/2022   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

-Change 2019 performance rating to Excellent; I independently generated impactful work assignments and accomplishment. My supervisor did not give me assignments for the rating period
-Reassignment to the Office of Training - This request was initially made 1/2018 as the office requires competencies more aligned with my skillset. There continues to be no Program Analyst work assignments.
-Reimburement for medical expense incurred for mental health therapy sessions and prescribed medications
-Restoration of leave taken for mental health therapy sessions
-Reimbursement of legal expenses ($15,381) incurred as discriminatory actions and hostile work environment continued led by management staff that were involved in my 2018 EEO complaint. VA EOD filing fee and additional legal fees
-Monetary damages for mental stress and anguish

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        07/21/2022

Signature of Plaintiff

Printed Name of Plaintiff        Angela D. Freeman

### B.   For Attorneys

Date of signing:

Signature of Attorney        N/A

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
_Alexandria_ **DIVISION**

Angela D. Freeman
_____
Plaintiff(s),

v.

Merrick B. Garland
_____
Defendant(s).

Civil Action Number: 1:22-CV-841 LMB/IDD

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** Employment Complaint.
                                                           **(Title of Document)**

Angela D. Freeman
_____
Name of _Pro Se_ Party (Print or Type)

Angela D. Freeman
_____
Signature of _Pro Se_ Party

Executed on: ___7/21/2022___(Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                                  **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of _Pro Se_ Party (Print or Type)

_____
Signature of _Pro Se_ Party

Executed on: _____ (Date)